UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20912-CR-LENARD/GOODMAN

UNITED STATES OF AMERICA
       Plaintiff,

vs.

LEON ALBERIO GARCIA,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S AMENDED REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman on June 25, 2014. A Report and Recommendation filed on July 10, 2014 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to count two of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of July, 2014.

                                              _____
                                              JOAN A. LENARD
                                              UNITED STATES DISTRICT JUDGE